UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: Ghanem v. Johnson et al.
Civil No. PJM 15-710

DATE: May 26, 2015

* * *

On Friday, May 15, 2015, the Court received the Government's Motion for an Extension of Time to Respond to Ghanem's Complaint, which is due Monday, May 18. ECF No. 6. The Government seeks a 60 day extension of time sufficient for it to complete the administrative appeal of the denial of Ghanem's naturalization application. The Government represents that doing so will moot the action presently before the Court. Ghanem opposes the Motion on the basis that the USCIS has failed to promptly adjudicate Ghanem's appeal of the USCIS's denial of his application for naturalization, and that further delay will harm his business. ECF No. 8.

The Court **GRANTS** the Government's Motion for Extension of Time for the Government to respond to Ghanem's Complaint. The Government shall file their initial response to the Complaint on or before July 17, 2015. The Court will grant no further extensions of time to the Government to file their initial response to the Complaint.

If Ghanem desires to amend the Complaint after the USCIS ruling is issued, he should make such a motion at the appropriate time, at which point the Court will take it under consideration.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc: Court File

___ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

MAY 2 6 2015

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY